# GOLD, ALBANESE & BARLETTI, L.L.C.

ROBERT FRANCIS GOLD
JUDY T. ALBANESE
JAMES N. BARLETTI

CHRISTIAN BRUUN
SANDRA CLARK
KEVIN M. EPPINGER
STEFANI M. FIELD

* MEMBER OF NJ BAR
○ MEMBER OF MA BAR
◇ MEMBER OF NY BAR
△ MEMBER OF PA BAR
▲ CERTIFIED BY THE SUPREME COURT OF NEW JERSEY AS A CIVIL TRIAL ATTORNEY
■ CERTIFIED BY THE SUPREME COURT OF NEW JERSEY AS A CRIMINAL TRIAL ATTORNEY

ATTORNEYS & COUNSELORS AT LAW
48 SOUTH STREET
MORRISTOWN, NEW JERSEY 07960
TELE: (973) 326-9099
FAX: (973) 326-9841

Web Address: www.goldandalbanese.com
Main E-Mail Address: main@goldandalbanese.com

REPLY TO MORRISTOWN

WALTER P. LAUFENBERG
ANTHONY V. LOCASCIO
BRIAN E. MAHER J.D.
WILLIAM E. MARSALA
DAVID M. PELESKO
JAMES S. RABAN
DEVIN C. VILLAROSA
MICHAEL S. WILLIAMS

OF COUNSEL:

LOUIS F. LOCASCIO, J.S.C. Ret.
SCOTT A. ESKWITT

July 2, 2014

BY FAX AND REGULAR TO 609-989-0496
Hon Freda L. Wolfson, U.S.B.J.
US Bankruptcy Court, District of New Jersey
Clarkson S Fisher US Courthouse
402 East State Street, Room 5050
Trenton, NJ 08608

RECEIVED

JUL -7 2014

AT 8:30_____M
WILLIAM T. WALSH CLERK

Re: **INSERRA SUPERMARKETS, INC. et al v. RUSSO et al**
    **Case Number: 3:14-cv-03919-FLW**
    **Lower Court: 06-20937 (MBK)**

Your Honor,

With regard to the above entitled action there is currently an appeal pending before the Court with the initial brief due from Appellant by July 3, 2014. Appellant respectfully requests an additional thirty (30) days to file their initial brief which would make the new due date for Appellant's brief August 2, 2014.

I have the consent of my adversary in making this request.

Respectfully Submitted,

David Pelesko, Esq.
Counsel Appellant Inserra Supermarkets

MASSACHUSETTS OFFICE: 50 Congress Street, Ste 225, Boston, MA 02109 TELE: (617) 723-5118 FAX: (617) 367-8840
RED BANK OFFICE: 58 Maple Avenue, Red Bank, NJ 07701 TELE: (732) 936-9901 FAX: (732) 936-9904
NEW YORK OFFICE: 145 Hudson Street, Suite 5C, New York, N.Y. 10013 TELE: (212) 307-0023 FAX: (212) 307-0187

**GOLD, ALBANESE & BARLETTI, LLC**
Hon Freda L. Wolfson, U.S.B.J.
July 3, 2014
Page 2

cc:   Clerk's Office US Bankruptcy Court, District of New Jersey
      Herbert B. Raymond, Esq.
      Anthony C. DiLella, Esq.
      Clayton Kuhn, Esq.
      Ms. Laura Brettell/GBS/007745-045625-GB-01
      Mr. Ariel McManus/Zurich/9420153665
      Keith Lipker/Zurich
      Lori Hanlon/Zurich
      Robert Ballard/Zurich

IT IS SO ORDERED:

*Freda L. Wolfson* 7/7/14
FREDA L. WOLFSON, U.S.D.J.